UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
------------------------------------------------------------------------X
COREY COHEN,

                Plaintiff,                          Doc. 18-2223

    -against-

                                                    Plaintiff demands a
CENTER CITY PHILADELPHIA SCHOOL SERVICES LLC,    Trial by Jury
CENTER CITY PHILADELPHIA SCHOOL SERVICES LLC
d/b/a PRIMROSE SCHOOL OF CENTER CITY PHILADELPHIA
and ALLISON WILSON-MAHER, individually,

                Defendants.
------------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that the above-entitled actions shall be and hereby is dismissed, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), each party to bear their own costs.

Dated: Philadelphia, Pennsylvania          Dated: Philadelphia Pennsylvania
       September 7, 2018                         September 7, 2018

Caroline H. Miller, Esq.                       Jonathan S. Krause, Esq.
Derek Smith Law Group, PLLC            Klehr Harrison Harvey Branzburg LLP
1845 Walnut Street, Suite 1601            1835 market Street, Suite 1400
Philadelphia, PA 19103                         Philadelphia, PA 19103
*Attorneys for Plaintiff*                           *Attorney for Defendants*

SO ORDERED:

_____
U.S.D.J.
Sept. 10, 2018